KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
E-mail: Timothy.Lucey@usdoj.gov

Attorneys for United States of America

FILED

06 MAR 31 PM 1:56

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3 - 05 - 71011 EDL |
| Plaintiff, | [PROPOSED] SPEEDY TRIAL ORDER |
| v. | |
| JORIE CRAIG, | |
| Defendant. | |

WHEREAS, JORIE CRAIG ("Craig") is charged in a criminal complaint with violation of 18 U.S.C. § 371, in an action brought by the United States Postal Inspection Service;

WHEREAS, Craig made her initial appearance on the aforesaid criminal complaint, before the Honorable Maria-Elena James, on February 2, 2006, and was released pursuant to the terms of bail under the direction and supervision of this Court's pretrial services;

WHEREAS, the parties previously entered into a stipulation and order waiving time under Rule 5.1 as well as excluding time under 18 U.S.C. § 3161 through March 31, 2006;

WHEREAS, the parties have discussed a resolution of the matter that would involve a

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

tolling agreement and a period of diversion and a deferral of prosecution;

WHEREAS, Craig and her counsel of record along with counsel for the government are working out the precise language of such documents;

WHEREAS, the government is agreeable to delaying indictment in order to provide Craig and her attorney the opportunity to review discovery and prepare for discussions regarding a resolution of the matter short of indictment and trial, and where, since arrest preceded indictment in this matter, it is unreasonable to expect return and filing of the indictment within the period specified in section 3161(b), and further where it is in the defendant's best interest to waive time under both Rule 5.1 as well as section 3161 to allow time for a resolution and disposition short of indictment for a further four (4) weeks, through Friday, April 28, 2006;

THEREFORE, the parties agree and stipulate as follows:

1. Craig hereby again waives her right to have a preliminary hearing conducted within 20 days of his initial appearance while out of custody, pursuant to Rule 5.1(c)-(d) of the Federal Rules of Criminal Procedure, taking into account the public's interest in the prompt disposition of criminal cases and for good cause shown;

2. Craig hereby again waives her right to have all of the charges contained in the criminal complaint on which she made her initial appearance on February 2, 2006, indicted within thirty days of her initial appearance, on or before March 6, 2006, as required by 18 U.S.C. § 3161(b);

3. The government and Craig hereby agree that any indictment by the government, as to charges contained in the criminal complaint, must be filed no later than **April 28, 2006**, pursuant to section 3161(h)(8)(B)(iii);

4. The government and Craig hereby mutually agree that any preliminary hearing and/or arraignment be held no later than **April 28, 2006**;

The undersigned parties, by and through their counsel, hereby agree and stipulate that this waiver of time under Rule 5.1 of the Federal Rules of Criminal Procedure and section 3161(b) of the Speedy Trial Act shall remain in place until April 28, 2006, because this is a case

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

1  in which arrest preceded indictment, such that delay in the filing of the indictment is caused
2  because the arrest occurred at time that is unreasonable to expect return and filing of the
3  indictment as to all of the charges contained in the criminal complaint, within the period
4  specified in section 3161(b), pursuant to 18 U.S.C. § 3161(h)(8)(B)(iii).
5       Moreover, in light of defense counsel's ongoing efforts to review discovery provided by
6  the government and the parties' mutual efforts to resolve this matter short of the necessity for
7  indictment, such that good cause has been shown to continue the date for defendant's
8  preliminary hearing taking into account the public's interest in the prompt disposition of criminal
9  cases, pursuant to F. R. Cr. P. Rule 5.1(d), and further, because this waiver of time will ensure
10 effective preparation of counsel taking into account the exercise of due diligence, such that the
11 ends of justice are served by granting this continuance outweighs the best interest of the public
12 and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161 (h)(8)(B)(iv).

**IT IS SO STIPULATED.**

_____
WILLIAM GOODMAN, ESQ.
for Defendant Jorie Craig

KEVIN V. RYAN
United States Attorney

_____
TIMOTHY LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 31/March 06

HONORABLE BERNARD ZIMMERMAN
United States Magistrate

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]