KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
E-mail: Timothy.Lucey@usdoj.gov

Attorneys for United States of America

FILED
06 MAY 15 AM 11: 48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JORIE CRAIG, <br><br> Defendant. | No. CR 3 - 05 - 71011 EDL <br><br> [PROPOSED] SPEEDY TRIAL ORDER |

WHEREAS, JORIE CRAIG ("Craig") is charged in a criminal complaint with violation of 18 U.S.C. § 371, in an action brought by the United States Postal Inspection Service;

WHEREAS, the parties previously entered into a stipulation and order waiving time under Rule 5.1 as well as excluding time under 18 U.S.C. § 3161 through May 12, 2006, in order to provide for effective preparation of counsel;

WHEREAS, government counsel will be out of the office on extended family medical leave through mid-June 2006;

WHEREAS, the government is agreeable to delaying indictment in order to provide

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

1  Craig and her attorney the opportunity to review discovery, and where, since arrest preceded
2  indictment in this matter, it is unreasonable to expect return and filing of the indictment within
3  the period specified in section 3161(b), and further where it is in the defendant's best interest to
4  waive time under both Rule 5.1 to allow time for a resolution and disposition short of indictment
5  for a further six (6) weeks, through Friday, June 30, 2006;

6  THEREFORE, the parties agree and stipulate as follows:

7  1.  Craig hereby again waives hers right to have a preliminary hearing conducted
8      within 20 days of his initial appearance while out of custody, pursuant to Rule
9      5.1(c)-(d) of the Federal Rules of Criminal Procedure, taking into account the
10     public's interest in the prompt disposition of criminal cases and for good cause
11     shown;

12 2.  Craig hereby again waives her right to have all of the charges contained in the
13     criminal complaint on which she made her initial appearance on February 2,
14     2006, indicted within thirty days of his initial appearance, which including prior
15     exclusions of time, would be May 12, 2006, as required by 18 U.S.C. § 3161(b);

16 3.  The government and Craig hereby agree that any indictment by the government,
17     as to charges contained in the criminal complaint, must be filed no later than
18     **June 30, 2006**, pursuant to section 3161(h)(8)(B)(iii);

19 4.  The government and Craig hereby mutually agree that any preliminary hearing
20     and/or arraignment be held no later than **June 30, 2006**;

21 The undersigned parties, by and through their counsel, hereby agree and stipulate that
22 this waiver of time under Rule 5.1 of the Federal Rules of Criminal Procedure and section
23 3161(b) of the Speedy Trial Act shall remain in place until June 30, 2006, because this is a case
24 in which arrest preceded indictment, such that delay in the filing of the indictment is caused
25 because the arrest occurred at time that is unreasonable to expect return and filing of the
26 indictment as to all of the charges contained in the criminal complaint, within the period
27 specified in section 3161(b), pursuant to 18 U.S.C. § 3161(h)(8)(B)(iii).
28 Moreover, in light of defense counsel's ongoing efforts to review discovery provided by

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

the government and the parties' mutual efforts to resolve this matter short of the necessity for indictment and trial, such that good cause has been shown to continue the date for defendant's preliminary hearing taking into account the public's interest in the prompt disposition of criminal cases, pursuant to F. R. Cr. P. Rule 5.1(d), and further, because this waiver of time will ensure effective preparation of counsel taking into account the exercise of due diligence, such that the ends of justice are served by granting this continuance outweighs the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161 (h)(8)(B)(iv).

IT IS SO STIPULATED.

KEVIN V. RYAN
United States Attorney

/s/ William Goodman/TPC

WILLIAM GOODMAN
for Defendant Jorie Craig

TIMOTHY LUCEY
Assistant United States Attorney

IT IS SO ORDERED.

Dated: May 12, 2006

HON. ELIZABETH D. LAPORTE
United States Magistrate

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]