1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CSBN 172332)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7200
7  Facsimile: (415) 436-7234
   E-mail: Timothy.Lucey@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        )   No. CR 3 - 05 - 71011 EDL
                                      )
14 |       Plaintiff,                 )   [~~PROPOSED~~] SPEEDY TRIAL ORDER
                                      )
15 |    v.                            )
                                      )
16 | JORIE CRAIG,                     )
                                      )
17 |       Defendant.                 )
                                      )
18

19

20

21         WHEREAS, JORIE CRAIG ("Craig") is charged in a criminal complaint with violation

22  of 18 U.S.C. § 371, in an action brought by the United States Postal Inspection Service;

23         WHEREAS, the parties previously entered into a stipulation and order waiving time

24  under Rule 5.1 as well as excluding time under 18 U.S.C. § 3161 through July 28, 2006, in order

25  to provide for effective preparation of counsel;

26         WHEREAS, the government is agreeable to delaying indictment in order to provide Craig

27  and her attorney the opportunity to review discovery, and where, since arrest preceded indictment

28  in this matter, it is unreasonable to expect return and filing of the indictment within the period

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

1  specified in section 3161(b), and further where it is in the defendant's best interest to waive time
2  under both Rule 5.1 to allow time for a resolution and disposition short of indictment for a
3  further four (4) weeks, through Friday, August 18, 2006;
4      THEREFORE, the parties agree and stipulate as follows:
5    1.  Craig hereby again waives hers right to have a preliminary hearing conducted
6  within 20 days of his initial appearance while out of custody, pursuant to Rule
7  5.1(c)-(d) of the Federal Rules of Criminal Procedure, taking into account the
8  public's interest in the prompt disposition of criminal cases and for good cause
9  shown;
10   2.  Craig hereby again waives her right to have all of the charges contained in the
11 criminal complaint on which she made her initial appearance on February 2, 2006,
12 indicted within thirty days of his initial appearance, which including prior
13 exclusions of time, would be July 28, 2006, as required by 18 U.S.C. § 3161(b);
14   3.  The government and Craig hereby agree that any indictment by the government, as
15 to charges contained in the criminal complaint, must be filed no later than
16 **August 18, 2006**, pursuant to section 3161(h)(8)(B)(iii);
17   4.  The government and Craig hereby mutually agree that any preliminary hearing
18 and/or arraignment be held no later than **August 18, 2006**;
19     The undersigned parties, by and through their counsel, hereby agree and stipulate that this
20 waiver of time under Rule 5.1 of the Federal Rules of Criminal Procedure and section 3161(b) of
21 the Speedy Trial Act shall remain in place until August 18, 2006, because this is a case in which
22 arrest preceded indictment, such that delay in the filing of the indictment is caused because the
23 arrest occurred at time that is unreasonable to expect return and filing of the indictment as to all
24 of the charges contained in the criminal complaint, within the period specified in section 3161(b),
25 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iii).
26     Moreover, in light of defense counsel's ongoing efforts to review discovery provided by
27 the government and the parties' mutual efforts to resolve this matter short of the necessity for
28 indictment and trial, such that good cause has been shown to continue the date for defendant's

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

1  preliminary hearing taking into account the public's interest in the prompt disposition of criminal
2  cases, pursuant to F. R. Cr. P. Rule 5.1(d), and further, because this waiver of time will ensure
3  effective preparation of counsel taking into account the exercise of due diligence, such that the
4  ends of justice are served by granting this continuance outweighs the best interest of the public
5  and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161 (h)(8)(B)(iv).

7  **IT IS SO STIPULATED.**

9                                                             KEVIN V. RYAN
                                                              United States Attorney

11     /S/                                                        /S/
       WILLIAM GOODMAN                                            TIMOTHY LUCEY
12     for Defendant Jorie Craig                                  Assistant United States Attorney

13  **IT IS SO ORDERED.**

15  Dated: 28 july 06

                                                              HON. BERNARD ZIMMERMAN
16                                                            United States Magistrate

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]